United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 29, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 26-35384** |
| **CIARA JEANMARD,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |
| | § | **CHAPTER 13** |

## ORDER SETTING SHOW CAUSE HEARING

The Court will conduct a show cause hearing to determine if the Debtor should be found in contempt for violating a prior order dismissing the debtor with prejudice from filing a new case within 180 days (Case No. 26-33162 ECF No. 33).  The show cause hearing will be held at **8:45 AM on August 12, 2026** by telephone and video conference. To join by Telephone and Video Conference, see the Court's web page for instructions: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez.

**Telephonic Participation**
Dial-in Telephone No: 832-917-1510
Conference Code: 282694

**Video Participation**
https://meet.goto.com/JudgePerez
GoToMeeting is for case participants and their representatives only. Members of the public and media may utilize the Court's audio facility in non-trial proceedings that don't involve witness testimony.

Audio connections by phone are required for all video participants.

SIGNED 07/29/2026

Alfredo R Pérez
United States Bankruptcy Judge