# United States Bankruptcy Court
## Southern District of Texas
### Houston Division
.
.

|  |  |
|---|---|
| In re:<br>Ciara Jeanmard,<br>    Debtor.<br><br>First Funding Realty I, LLC,<br>    Movant,<br><br>v.<br><br>Ciara Jeanmard and Tiffany D. Castro,<br>Chapter 13 Trustee,<br>    Respondents. | Case No. 26-35384<br><br>Chapter 13<br><br>Judge Alfredo R Perez |

## MOVANT'S WITNESS AND EXHIBIT LIST

TO THE HONORABLE ALFREDO R. PEREZ, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, First Funding Realty I, LLC, ("Movant"), in the above-captioned case and files their Witness and Exhibit List for the hearing set in connection to the *Emergency Motion for Comfort Order Confirming No Automatic Stay is in Effect, or in the Alternative, Emergency Motion for Relief from the Automatic Stay Concerning Real Property Located at 11402 Fawnway Dr., Houston, Texas* (Dkt. 14).

WITNESSES:

1.  Carrie Waibel, Authorized Agent for First Funding Realty I, LLC

EXHIBITS:

| EX. | DESCRIPTION | ADMITTED:<br>Y / N |
|---|---|---|
| 1. | Exhibit A: Deed of Trust originally executed on June 23, 2022 |  |

| | | |
|---|---|---|
| 2. | Exhibit B: Correction Assumption Deed - Harris County Clerk's Instrument No. RP-2024-269765 | |
| 3. | Exhibit C: Modification Agreement of Note and Deed of Trust - Harris County Clerk's Instrument No. RP-2025-289367 | |
| 4. | Exhibit D: Loan Guaranty Agreement executed on July 10, 2025 | |
| 5. | Exhibit E: Payment History and Statement of Account as of June 4, 2026 | |
| 6. | Exhibit F: Non-Homestead Affidavit executed July 10, 2025 | |
| 7. | Exhibit G: Docket sheet for Case No. 26-33162 | |
| 8. | Exhibit H: Order of Dismissal with Prejudice for 180 Days | |

Movant reserves the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing.

DATED: August 5, 2026.

Respectfully submitted,

NORRED LAW, PLLC

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Movant

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026, a true and correct copy of the above list and exhibits were served through the Court's CM/ECF system on all parties receiving electronic notice and by first-class United States mail on the following:

Tiffany D. Castro, Chapter 13 Trustee
1220 Augusta Drive, Suite 500
Houston, Texas 77057

Ciara Jeanmard, Pro Se Debtor
7041 Chasewood Dr.
Missouri City, Texas 77489
And by email: ciara.jarmon@live.com,
ciarajeanmard@outlook.com,
ciara.jeanmard@gmail.com

Next Chapter Logistics LLC
2450 Louisiana Street, Suite 500
Houston, Texas 77006

Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002

/s/ *Clayton L. Everett*
Clayton L. Everett